**Electronically Filed
Supreme Court
SCPW-20-0000405
28-AUG-2020
09:48 AM**

SCPW-20-0000405

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STEVEN MICHAEL SANDRY, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CR. NOS. 13-1-0749 and 13-1-1771)

<u>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Nacino, assigned by reason of vacancy)

Upon consideration of petitioner Steven Michael Sandry's petition for writ of habeas corpus, filed on August 7, 2020, and the record, it appears that petitioner presents no special reason for this court to invoke its jurisdiction and has alternative means to seek relief. <u>See</u> <u>Oili v. Chang</u>, 54 Haw. 411, 412, 557 P.2d 787, 788 (1976). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied.

DATED: Honolulu, Hawaiʻi, August 28, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Edwin C. Nacino

